BARBARA N. IONA, an Infant, by her Guardian ad Litem, ROBERT D. IONA, et al., Respondents, v. ERNEST CIGNA et al., Appellants.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

In the Matter of THEODORE ADAMS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Present — Nolan, P. J., Wenzel, Schmdit, Beldock and Ughetta, JJ. [See ante, p. 868.]

In the Matter of the Adoption of ANONYMOUS. ANONYMOUS et al., Appellants; ANONYMOUS, Respondent.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See ante, p. 161.]

In the Matter of GYPSUM BUILDING MATERIALS CORP., Appellant. CITY OF NEW YORK, Respondent.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1084.]

In the Matter of HUGH A. COULBOURN, Appellant-Respondent, against MILTON L. BURNS, as County Treasurer of Suffolk County, Respondent-Appellant. CAPSTONE CORPORATION et al., Intervenors-Appellants.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See ante, p. 856.]

In the Matter of LUBITZ BROS. INC., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See ante, p. 871.]

In the Matter of the Probate of the Will of PHILIP SCHOENFELD, Deceased. CELIA ISAACS, Appellant; MURRAY B. FELTON et al., Respondents.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 285 App. Div. 1179.]

In the Matter of WINTHROP TAYLOR, Appellant-Respondent, against LOUIS V. VION, as Assessor of the Town of Smithtown, et al., Respondents-Appellants.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1152.]